**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6869**

---

JEROME E. CASSELL,

Plaintiff - Appellant,

versus

LEVESTER THOMPSON; JULIA LAFOON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-95-690-3)

---

Submitted: August 22, 1996        Decided: September 5, 1996

---

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerome E. Cassell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his § 1983 action for failure to obey magistrate judge's order to submit evidence of exhaustion of administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cassell v. Thompson, No. CA-95-690-3 (E.D. Va. May 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2